UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUILON ENTER., L.L.C., | Case No. 05-72899 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| D AND D SERV., INC., TWELVE<br>AND EVERGREEN, *et al.*, | MAGISTRATE JUDGE<br>MONA K. MAJZOUB |
| Defendants. | |
| _____/ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 77]

On September 25, 2007, Magistrate Judge Majzoub issued a report and recommendation recommending that Plaintiffs recover from Defendants reasonable attorney fees on appeal in the amount of $31,973.15. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiffs are to recover attorney fees on appeal in the amount of $31,973.15.

SO ORDERED.

                                   S/ARTHUR J. TARNOW
                                   Arthur J. Tarnow
                                   United States District Judge

Dated: November 7, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2007, by electronic and/or ordinary mail.

<pre>                    S/THERESA E. TAYLOR
                    Case Manager</pre>